IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNY CROOK,

    Plaintiff,

v.                                          CASE NO. 1:04-cv-00424-MP-AK

COLUMBIA CORRECTION INSTITUTION,
RONALD J RICE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that the case be transferred to the Middle District of Florida. Objections to Report and Recommendation were due by April 18, 2005, but none were filed. The Court agrees that because the complaint involves Columbia Correctional Institution, and the defendants reside in the Middle District, the case should be transferred to the Middle District of Florida. The Clerk is directed to transfer this case to the Middle District of Florida.

**DONE AND ORDERED** this  *22nd*   day of June, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge